UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

-against-

DOMINGA GALLAGHER,

Defendant.

25-CV-07766 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 18, 2026, I ordered the parties to file joint updates on the status of discovery on the first business day of every month until the close of discovery, including on July 1, 2026. (*See* ECF 14.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 7, 2026**.

DATED: July 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**