UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

-against-

DOMINGA GALLAGHER,

Defendant.

25-CV-07766 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

After the mediation scheduled for September 29, 2026 was cancelled, the parties were required to submit a joint letter on the status of mediation by October 13, 2026. The Parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to provide a joint update on the status but not the substance of their mediation and settlement efforts by **October 15, 2026**.

DATED: October 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**